# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| Christine Lawrence,<br><br>    Plaintiff,<br><br>    v.<br><br>Synchrony Bank, Equifax Information Services, LLC, Experian Information Solutions, Inc., and Trans Union, LLC,<br><br>    Defendants. | Case No. 6:19-cv-1873-MK<br><br>ORDER GRANTING STIPULATED MOTION OF DISMISSAL |

Upon review of the Parties' Stipulated Motion of Dismissal with Prejudice of Defendant Experian Information Solutions, Inc. ("Experian"), and good cause appearing

IT IS ORDERED that the Stipulation is GRANTED

The above-entitled matter is hereby dismissed with prejudice as to Experian only, with the parties to bear their own attorneys' fees and costs.

Dated:   8/19/2020

                                    s/ Mustafa T. Kasubhai
                                    _____
                                    Hon. Mustafa Kasubhai

- 1 -                                                            PROPOSED ORDER